FILED
CLERK, U.S. DISTRICT COURT
OCT 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT TOLLIVER, | No. CV 02-7032 JVS (CW) |
| Petitioner, | JUDGMENT |
| v. | |
| JOE McGRATH, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: _10.17.08_

_____
JAMES V. SELNA
United States District Judge